907 A.2d 1010

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. JEROME YOUNG, DEFENDANT–PETITIONER.

September 12, 2006.

ORDERED that the petition for certification is granted limited to the issue of defendant's sentence to a discretionary persistent-offender extended term under *N.J.S.A.* 2C:44–3a, and the matter is summarily remanded to the trial court for resentencing in light

of the Court's decision in *State v. Pierce,* 188 *N.J.* 155, 902 *A.*2d 1195 (2006).